Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT
for the

District of

Division

FILED BY **CDS** D.C.

JUL 18 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

Darnell Thompson
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

CAST Trucking
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Darnell Thompson
   Street Address: 1471 SW 7th Terrace
   City and County: Deerfield Beach / Broward
   State and Zip Code: Florida / 33441
   Telephone Number: 954-263-3998
   E-mail Address: Only13ismaurice@gmail.com

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: CRST Trucking
- Job or Title *(if known)*: Employer
- Street Address: 201 SE 1st Street
- City and County: Cedar Rapids / Linn County
- State and Zip Code: Iowa / 52401
- Telephone Number: 1-800-736-2778
- E-mail Address *(if known)*: Info@CRST.com

Defendant No. 2
- Name: Miami District Office
- Job or Title *(if known)*: U.S. Fair Employment Agency
- Street Address: 100 SE 2nd Street Suite 1500
- City and County: Miami Beach / Miami-Dade County
- State and Zip Code: Florida / 33131
- Telephone Number: 1-305-808-1740
- E-mail Address *(if known)*: N/A

Defendant No. 3
- Name: Sekou Belle
- Job or Title *(if known)*: CRST Job Recruiter
- Street Address: 201 SE 1st Street
- City and County: Cedar Rapids / Linn County
- State and Zip Code: Iowa / 52401
- Telephone Number: 1-800-736-2778
- E-mail Address *(if known)*: SekouBelle@CRST.com

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, (name) __Darnell Thompson__, is a citizen of the State of (name) __Florida__.

2. If the plaintiff is a corporation

    The plaintiff, (name) __N/A__, is incorporated under the laws of the State of (name) _____,

    and has its principal place of business in the State of (name) _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, (name) __N/A__, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation

    The defendant, (name) __CRST Trucking__, is incorporated under the laws of the State of (name) __Iowa__, and has its principal place of business in the State of (name) __Iowa__.

    Or is incorporated under the laws of (foreign nation) __N/A__, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

The Defendant Owes The Plaintiff Compen' Benefits

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, (name) Darnell Thompson, and the defendant, (name) CRST Trucking, made an agreement or contract on (date) 01-10-19. The agreement or contract was (oral or written) Written. Under that agreement or contract, the parties were required to (specify what the agreement or contract required each party to do)

Complete Job Training 3 Orientation Compen' Sponsored

The defendant failed to comply because (specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)

CRST Breached m'I New Hire Contract by Telling me To leave The Compen' Sponsored Job Training To not Hire me.

The plaintiff has complied with the plaintiff's obligations under the contract.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff is Requesting 1-million Dollars in Selen' for a Breach of Contract from CRST Trucking.

(Page 1)

## Statement of Claim

### Facts for a Breach of Contract

1) A Contract & Invitation for Job Orientation To CRST Trucking was Emailed To The Plaintiff by A CRST Trucking Job Recruiter named Sesou Belle.

2) The Contract Details The Policy on Job Termination and Expulsion from CRST Job Orientation.

3) The Plaintiff Did not leave Job Orientation voluntarily on his own accord nor was The Plaintiff found Guilty of any Disciplinary Actions by CRST Staff During Job Orientation which would Justify Expulsion from CRST Job Training. Due To This fact The Defendant CRST Trucking Breached a Contract for Employment and has Entitled The Plaintiff To Damages.

### The Defendant's Involvement for Breach of a Contract

1) On 01-10-19 A CRST Job Recruiter Emailed a Contract & Invitation for Employment To me.

2) On 01-10-19 A CRST Job Recruiter Advised me That I completely Passed The Required Criminal Background Check for Employment and was approved by CRST Trucking for Job Training & Orientation.

(Page 2)

3) On 01-21-19 CBST Trucking Staff / Students Informed me b/ "word of mouth" That a Job Scam was Taking Place Due To m/ Perception from The "word of mouth" Someone was Purposely Preventing me from Getting Hired b/ CBST Trucking at Job Orientation.

4) On 01-22-19 A CBST Trucking Supervisor Told me That The Trucking Industry was Specifically Just for his Personal Sons To get hired Instead of me.

He also Told me To leave The Training facility or face Harassment Throughout Job Orientation Due To The Trucking Industry Consisting of Just his Personal Sons.

5) On 01-22-19 I Advised The CBST Trucking Supervisor That I was going To leave The Job Training facility Rather Then face Harassment Daily from CBST Trucking Staff But Called m/ CBST Trucking Recruiter Sexou Belle and Informed him That I was leaving The Job Training facility and That It was not a Voluntarily Exit from Job Orientation I was advised To leave b/ A CBST Trucking Staff Supervisors.

6) On 01-23-19 I Contacted The U.S. Equal Employment Opportunity Commission online and Began The Process of filing a Charge of Employment Discrimination Due To a Breach of Contract between CBST Trucking and Darnell Thompson.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07-16-19

Signature of Plaintiff: Darnell Thompson
Printed Name of Plaintiff: Darnell Thompson

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address:

Jarnell Thompson
1471 SW 7th Terrace
Deerfield Beach FL, 33441

WEST PALM BCH FL 334
15 JUL 2019 PM 1 L

Paul G. Rogers
Federal Building
and
U.S. Courthouse
701 Clematis Street Room 202
West Palm Beach, FL 33401
33401-511352